DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

STEPHEN PLANTE,

        Plaintiff,            2004-CV-0074

  v.

BRET ALAN ROSANE,

        Defendant.

TO:    Lee J. Rohn, Esq.
         Richard H. Hunter, Esq.

## ORDER

THIS MATTER came before the Court upon Plaintiff's Notice to Court to Change Title of Motion (Docket No. 160). By said Notice, Plaintiff informs the Court that he filed a document in the above-captioned matter on December 4, 2007 (Docket No. 159) that bears the title "Plaintiff's Reply to Defendant's Opposition to Appeal of Magistrate's October 19, 2007 Order." Plaintiff indicates that the document actually is a response to Defendant's Motion to Vacate Order of November 7, 2007, and asks the Court to change the title of Docket No. 159 accordingly. However, at the same time Plaintiff filed said notice, he filed a second document (Docket No. 161) that bears the title, "Plaintiff's Response to Defendant's Motion to Vacate Order of November 7, 2007." Given the fact that Plaintiff

*Plante v. Rosane*
2004-CV-0074
Order
Page 2

already has filed another document with the correct title, the Court will strike the mistitled document from the record.

Based upon the foregoing, the Court finds that a stay is not warranted. Accordingly, it is now hereby **ORDERED** that the document titled "Plaintiff's Reply to Defendant's Opposition to Appeal of Magistrate's October 19, 2007 Order"(Docket No. 159), filed December 4, 2007, is **STRICKEN**.

ENTER:

Dated: December 7, 2007                           /s/
                                        GEORGE W. CANNON, JR.
                                        U.S. MAGISTRATE JUDGE