# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| STEPHEN PLANTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>BRET ALAN ROSANE, )<br>)<br>Defendant. )<br>) | CIVIL NO. 2004/0074 |

## ORDER

FINCH, J.

THIS MATTER comes before the Court on Plaintiff's Appeal From Magistrate Judge's Order Entered October 19, 2007 Denying Plaintiffs' Motion for a Protective Order. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Magistrate Judge's Order Entered October 19, 2007 Denying Plaintiffs' Motion for a Protective Order is **AFFIRMED**. Plaintiffs' Motion for a Protective Order, filed on September 19, 2007, is **DENIED**.

ENTERED this 13th day of May, 2008.

                                                 /s/
                                      **HONORABLE RAYMOND L. FINCH**
                                      **U.S. DISTRICT JUDGE**